```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

| | |
|---|---|
| **WILLIAM WILLIAMSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 22-cv-01007-SHM-tmp |
| ) | |
| **SHERIFF JOHN MEHR, ET AL.,** ) | |
| ) | |
| Defendants. ) | |

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 7), docketed July 31, 2024, dismissing the case with prejudice.  Any appeal in this matter by Movant proceeding in forma pauperis is not taken in good faith.

# APPROVED:

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

_July 31, 2024_                              WENDRY R. OLIVER
DATE                                         CLERK

                                             _/s/ Jairo Mendez_
                                             (By) DEPUTY CLERK